IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GREEN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. CIV-21-89-RAW |
| | ) |
| **MET LIFE INSURANCE CO., et al.,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

On August 12, 2021, Magistrate Judge West entered Findings and Recommendation in the above-referenced case, recommending that this action be dismissed without prejudice. No objection has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. Accordingly, the Findings and Recommendation of the United States Magistrate Judge (#19) are hereby AFFIRMED and ADOPTED as this court's Findings and Order. The action is dismissed without prejudice.

**ORDERED THIS 5th DAY OF OCTOBER, 2021.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**